JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724
E-Mails: Keslie.Stewart@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ADRIANE OSUAGWU <br> (aka Ernest Ufondu), <br><br> Defendant. | CRIMINAL NO. 08-70525 WDB <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on August 8, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an indictment (copy attached) pending in the District of Columbia, Case Number 08-070.

In that case, the defendant is charged with a violation of Title 18, United States Code, Section 371, conspiracy to commit extortion.

///

///

PENALTY:

COUNT ONE: 18 U.S.C. § 371 – Conspiracy to Commit Extortion, 0-5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment..

DATED: August 11, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Keslie Stewart*
KESLIE STEWART
Assistant United States Attorney

# WARRANT FOR ARREST

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-070 | MAGIS. NO: |
| SEALED v.<br><br>ADRIANE OSUAGWU,<br>also known as Ernest Ufondu | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>ADRIANE OSUAGWU,<br>also known as Ernest Ufondu<br>215 Avalon Circle<br>Pittsburgh, CA 94565 | |
| DOB: 12/9/85  PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT EXTORTION

*United States District Court*
*For the District of Columbia*
*A TRUE COPY*
*NANCY MAYER WHITTINGTON, Clerk*
*By [signature]*
*Deputy Clerk 3/20/08*

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18: 371 |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |

| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>3/20/08 |
|---|---|---|
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>3/20/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
|---|---|---|---|
| DATE EXECUTED | | | |
| HIDTA CASE: Yes __ No X | | OCDETF CASE: Yes __ No X | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. : |
| v. | : | MAGISTRATE NO.: 06-0494M |
| ADRIANE OSUAGWU, | : | VIOLATION: |
| also known as Ernest Ufondu, | : | |
| | : | 18 U.S.C. § 371 |
| Defendant. | : | (Conspiracy to Commit Extortion) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

At all times material to the Indictment:

#### The Conspiracy

1. From on or before February 1, 2006, the exact date being unknown to the Grand Jury, and continuing through on or about April 10, 2006, within the District of Columbia and elsewhere, defendant **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Queen Nwoye (the "co-conspirators") knowingly conspired, combined, confederated, and agreed with each other to commit an offense against the United States, that is, extort money from Ikemba Iweala, by transmitting in interstate and foreign commerce threats to injure the property and reputation of Ikemba Iweala, in violation of Title 18, United States Code, Section 875(d)(Extortion).

## Object of the Conspiracy

2. It was the object of the conspiracy to obtain money by threatening Ikemba Iweala with disclosure of embarrassing information that would harm his reputation in order to force Ikemba Iweala to pay money to prevent disclosure of that information.

## Manner and Means Used to Accomplish the Object of the Conspiracy

3. The object of the conspiracy was to be accomplished through the following manner and means, among others:

(A) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, engaged in numerous telephone conversations with Ikemba Iweala, during which he threatened to disclose Ikemba Iweala's relationship with co-conspirator Nwoye, unless Ikemba Iweala paid money to the co-conspirators in order to prevent disclosure of that information;

(B) **ADRIANE OSUAGWU**, also known as Ernest Ufondu, instructed Ikemba Iweala to pay money to prevent disclosure of embarrassing information by personally delivering money to the co-conspirators, or by wiring funds into their bank accounts.

## Overt Acts

4. In furtherance of the conspiracy and to accomplish the object of the conspiracy, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Nwoye committed various overt acts, within the District of Columbia and elsewhere, including, but not limited to the following:

(A) On or about February 21, 2006, the co-conspirators, who were in Maryland, telephoned Ikemba Iweala, who was in Massachusetts, and informed him that if he did not pay the co-conspirators $20,000, the co-conspirators would inform Ikemba Iweala's wife that he had a relationship with co-conspirator Nwoye.

2

(B) On or about February 24, 2006, as a result of threats to harm Ikemba Iweala's reputation, co-conspirator Nwoye met Ikemba Iweala at a location in Maryland and collected a cashier's check in the amount of $20,000.

(C) On or about February 25, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, and co-conspirator Nwoye, telephoned Ikemba Iweala and demanded another $20,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(D) On or about March 3, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $20,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(E) On or about March 10, 2006, the co-conspirators discussed and implemented a scheme to force Ikemba Iweala to pay the co-conspirators more money. Co-conspirator Nwoye contacted Ikemba Iweala and then met him in the District of Columbia under the pretext that they would engage in sex in a parked car. When Ikemba Iweala and co-conspirator Nwoye were in a compromised state, co-conspirator Nwoye gave **ADRIANE OSUAGWU**, also known as Ernest Ufondu, a pre-arranged signal and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, took photographs of Ikemba Iweala as Ikemba Iweala fled the scene.

(F) On or about March 10, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded that Ikemba Iweala pay another $100,000, in two installments of $50,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

3

(G)  On or about March 14, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to make a wire transfer of $50,000 to the co-conspirators, and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(H)  On or about March 28, 2006, by means of threats to harm Ikemba Iweala's reputation, the co-conspirators caused Ikemba Iweala to transfer by wire $50,000 to the co-conspirators, and **ADRIANE OSUAGWU**, also known as Ernest Ufondu, kept $48,000 of the $50,000 payment.

(I)  On or about March 28, 2006, during a telephone conversation, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, demanded that Ikemba Iweala pay another $15,000, in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(J)  On or about March 31, 2006, co-conspirator Nwoye met Ikemba Iweala at Providence Hospital, in the District of Columbia, and collected $15,000 in cash from Ikemba Iweala to prevent the co-conspirators from disclosing Ikemba Iweala's relationship with co-conspirator Nwoye.

(K)  On or about March 31, 2006, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, telephoned Ikemba Iweala and demanded another $30,000 payment in order to prevent the disclosure of Ikemba Iweala's affair with co-conspirator Nwoye.

(L) On or about April 10, 2006, by means of threats to harm Ikemba Iweala's reputation, **ADRIANE OSUAGWU**, also known as Ernest Ufondu, caused Ikemba Iweala to transfer by wire $30,000 to **ADRIANE OSUAGWU**, also known as Ernest Ufondu.

(**Conspiracy to Commit Extortion**, in violation of Title 18, United States Code, Section 371)

A TRUE BILL

FOREPERSON

*Jeffrey A. Taylor /P S.*
Attorney of the United States in
and for the District of Columbia

5


AUG-12-2008 10:44  3539414  P.07/07


Case 4:08-mj-70525-WDB   Document 1-2   Filed 08/11/2008   Page 1 of 1

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 08-070 |
|---|---|---|
| v. | : | MAGISTRATE NO.: 06-494M |
| ADRIANE OSUAGWU, also known as Ernest Ufondu, | : | UNDER SEAL |
| Defendant. | : | |

### ORDER

Upon consideration of the government's motion to seal the indictment in this case, and for good cause shown, it is this _20_ day of March, 2008,

ORDERED, that the indictment shall be sealed upon filing; and it is

FURTHER ORDERED, that the indictment shall be unsealed automatically at the time of the defendant's arrest on the charges contained in the indictment.

_____
United States Magistrate Judge

*[Seal: United States District Court For the District of Columbia — A TRUE COPY, NANCY MAYER WHITTINGTON, Clerk, By Melinda L. Pugh, Deputy Clerk]*

TOTAL P.07