**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 12TH STREET, SUITE 650
OAKLAND CALIFORNIA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 11, 2008

<u>VIA FACSIMILE (510) 637-3545</u>
Magistrate Judge Wayne D. Brazil
1301 Clay Street, Courtroom No. 4
Oakland, CA 94612
attn: Ivy Garcia

  <u>United States v. Adriane Osuagwu, CR 08-70525 WDB</u>
  **RE: Request to advance matter from August 13, 2008 to August 12, 2008**

Dear Judge Brazil :

  I am writing to ask that this matter, which is currently on Your Honor's calendar for status on August 13, 2008, be advanced to Tuesday, August 12, 2008, for status. I spoke with Mr. Osuagwu after court today about the procedural aspects of a bail hearing in this district and likelihood that any release order would be appealed to the district court in the District of Columbia. Mr. Osuagwu asked that I place the matter on Your Honor's calendar for tomorrow for status rather than waiting for Wednesday.

  I have spoken with Assistant United States Attorney Keslie Stewart and she is available if the Court advances the matter to Tuesday, August 12, 2008.

         Sincerely,

         BARRY J. PORTMAN
         Federal Public Defender


         JOYCE LEAVITT
         Assistant Federal Public Defender

cc:  Keslier Stewart, AUSA
   US Pretrial Services