UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court
510.637.3500

FILED
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

August 13, 2008

Office of the Clerk
U.S. District Court, District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Case Name: US-v-Adriane Osuagwu
Case Number: 4-08-70525-WDB    District of Columbia #CR-08-070 ESH
Charges: 18:371 Conspiracy to commit extortion

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 5 affidavit
certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

--------FILED--------

Receipt of the above-described documents is acknowledged herewith and assigned case number:

AUG 18 2008

Date: _____  NANCY MAYER WHITTINGTON, CLERK
                       U.S. DISTRICT COURT

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk